Ernest W. HOWELL, Petitioner, v. Herbert H. HAHN, Warden, Nebraska State Prison, et al.

No. 14096.

United States Court of Appeals. Eighth Circuit.

Jan. 13, 1950.

Ernest W. Howell, pro se.

PER CURIAM.

"Extraordinary Petition" of Petitioner for review of order of United States District Court, District of Nebraska, denying motion for allowance of certificate of probable cause, etc., denied.

Charles Lee McINTOSH, Appellant, v. UNITED STATES of America.

No. 14095.

United States Court of Appeals Eighth Circuit.

Jan. 13, 1950.

PER CURIAM.

Motion of appellant for leave to prosecute appeal in forma pauperis denied and appeal from District Court dismissed.

George SCHULTZ, Petitioner, v. Honorable Thomas C. TRIMBLE, United States District Judge, Eastern District of Arkansas.

No. 14092.

United States Court of Appeals Eighth Circuit.

Jan. 11, 1950.

George Schultz, pro se.

PER CURIAM.

Petition for writ of mandamus, etc., denied.

Otis SPENCER, Petitioner, v. Honorable Albert A. RIDGE, United States District Judge, Western District of Missouri.

No. 14091.

United States Court of Appeals Eighth Circuit.

Jan. 11, 1950.

Otis Spencer, pro se.

PER CURIAM.

Motion of petitioner to issue mandate to Honorable Albert A. Ridge, United States District Judge, etc., denied.